UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RANDY SWINSON,

                 Plaintiff,

     -v-

CITY OF NEW YORK ET AL,

                 Defendants.

-----------------------------------------------------------------X

20-cv-01684 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of parties' status report filed at dkt. #29. A Telephone Conference to discuss Plaintiff's letter at dkt. #27 is scheduled for June 11, 2021 at 2:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is ordered to appear with counsel at the telephone conference. The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

    SO ORDERED.

Dated: May 21, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge