```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RANDY SWINSON,                                                    :
:
Plaintiff,                                   :
:          20-cv-01684 (LJL)
-v-                                             :
:               ORDER
:
CITY OF NEW YORK ET AL,                                           :
:
Defendants.                              :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Telephone Conference to discuss Plaintiff's letter at dkt. #27 previously set for June 11, 2021 is RESCHEDULED to June 17, 2021 at 2:00PM. Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is ordered to appear with counsel at the telephone conference. Defendant's counsel is ordered to notify Plaintiff of the new date and time of the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.


      SO ORDERED.

Dated: June 11, 2021
       New York, New York
                                                LEWIS J. LIMAN
                                             United States District Judge