UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RANDY SWINSON,

       Plaintiff,

  -v-

CITY OF NEW YORK, et al.,

       Defendants.
-----------------------------------------------------------------X

20-cv-1684 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  On April 30, 2021, pro se Plaintiff requested the Court dismiss his case without prejudice because he had secured counsel who intended to pursue the case in state court. Dkt. No. 27. The Court held a conference on June 17, 2021 with Plaintiff, his new counsel, and Defendants at which Plaintiff reiterated his intent to dismiss his case without prejudice. The parties indicated that they would file a stipulation of dismissal, but the Court has not received the stipulation to date.

  If Plaintiff intends to dismiss the case, he is directed to file the stipulation by July 16, 2021.

  SO ORDERED.

Dated: July 9, 2021
   New York, New York

                LEWIS J. LIMAN
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021