```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RANDY SWINSON,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :      20-cv-1684 (LJL)
       -v-                                                       :
                                                                 :          ORDER
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/20/21

LEWIS J. LIMAN, United States District Judge:

As requested by Plaintiff on April 30, 2021, Dkt. No. 27, and at conference on June 17, 2021, without objection from Defendants, this action is DISMISSED without prejudice.

SO ORDERED.

Dated: July 20, 2021
       New York, New York
                                                      _____
                                                           LEWIS J. LIMAN
                                                      United States District Judge